# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                              Case Number    CR04-517(MLC)

SWEPCO TUBE CORPORATION

     Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, SWEPCO TUBE CORPORATION, was represented by Leslie Gillin Bohner, Esq.

The defendant pled guilty to counts 1 & 2 of the INFORMATION on July 14, 2004. Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Numbers |
|---|---|---|---|
| 18:286 | CONSPIRE TO DEFRAUD GOVT W/ RESPECT TO CLAIMS | 1992-1998 | 1 |
| 18:287 | FALSE OR FRADULENT CLAIMS | August 22, 1996 | 2 |

As pronounced on November 7, 2005, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $800, for counts 1 & 2, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the  30th  day of November, 2005.

                                           _/s/ Mary L. Cooper_____
                                           MARY L. COOPER
                                           United States District Judge

AO 245 B (Rev. 12/03) Sheet 5 - Fine

Judgment – Page 2 of 2

Defendant: SWEPCO TUBE CORPORATION
Case Number: CR04-517(MLC)

**FINE**

The defendant shall pay a fine of $145,250.

This fine, is due immediately and shall be paid in full within 30 days.

The Court determines that the defendant does not have the ability to pay interest and therefore waives the interest requirement pursuant to 18 U.S.C. § 3612(f)(3).

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.